**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CRISTINA FERNANDEZ,

      Plaintiff,

vs.                                            CASE NO. 6:07-CV-970-ORL-19DAB

PARTY MARKET INC., OSKAR
KLEINSTEUBER, MARYANN
KLEINSTEUBER,

      Defendants.
_____

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 20, filed October 22, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 20) is **ADOPTED and AFFIRMED.** The Motion for Entry of Judgment at Docket Number 16 (filed October 9, 2006) is hereby **GRANTED** and Plaintiffs, Cristina Fernandez and Evelyn Rodriguez, acceptance of Defendants' Offer of Judgment (Exhibit "1" to Doc. No. 16) is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. Judgment is hereby entered in favor of Plaintiffs and against Defendants, Party Market, Inc., Oskar Kleinsteuber and Maryann Kleinsteuber, in the amount of $10,000.00 (ten thousand dollars and zero cents), inclusive of attorney's fees and costs. This case is **DISMISSED WITH PREJUDICE** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   1st   day of November, 2007.

/s/ Patricia C. Fawsett
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record